IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD L COX, Trustee for AFFILIATED FOODS SOUTHWEST, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * * | Case No: 4:11CV558 SWW |
| DAVID HENDRIX, ET AL., | * * | |
| Defendants. | * * | |

| | | |
|---|---|---|
| M RANDY RICE, Trustee for SHUR-VALU STAMPS, INC. , | * * * | |
| Plaintiff, | * * | |
| vs. | * * * | Case No: 4:11CV668 SWW |
| JOHN MILLS, ET AL., | * * | |
| Defendants. | * * | |

**ORDER**

Pursuant to the Memorandum Opinion and Order entered on October 4, 2011, granting

the motion to consolidate these two cases, the earlier case, *Cox v. Hendrix, et al.*, 4:11CV558

SWW, is designated as the lead case, and all pleadings will be filed in the lead case.  The Final

Scheduling Order issued in *Cox v. Hendrix et al.*,[1] shall govern these actions.  As stated in the

Order consolidating the cases, the Court may determine later that separate trials are necessary.

      IT IS SO ORDERED this 2nd day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1]*See* docket entry 44.