IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RICHARD L COX, Trustee for AFFILIATED FOODS SOUTHWEST, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * * | Case No: 4:11CV558 SWW |
| DAVID HENDRIX, ET AL., | * * | |
| Defendants. | * * | |

| | | |
|---|---|---|
| M RANDY RICE, Trustee for SHUR-VALU STAMPS, INC., | * * * | |
| Plaintiff, | * * | |
| vs. | * * * | Case No: 4:11CV668 SWW |
| JOHN MILLS, ET AL., | * * | |
| Defendants. | * * | |

**ORDER**

Pending before the Court is the parties' joint motion to stay proceedings while final

settlement documents are completed or, in the alternative to administratively terminate this matter. The Court finds that the motion should be granted and this consolidated action should be administratively terminated. Any party has the right to request that the action be returned to the trial docket for re-setting in the event settlements are not finally concluded and approved by the appropriate courts. A party has until February 5, 2013, to file a motion to reopen. If no motion is filed, the Court will enter an Order dismissing the action with prejudice.

IT IS THEREFORE ORDERED that the motion [docket entry 92] is granted. The Court directs the Clerk to administratively terminate this action in his records, without prejudice to the right of the parties to reopen the proceedings in the event settlement is not concluded and approved. Any motion to reopen must be filed by February 5, 2013.

DATED this 25th day of July, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE